UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-CR-00007-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ELIJAH STEVARUS HALLMAN,** | ) | |
| Defendant. | ) | |

**PURSUANT** to 28 U.S.C. §1866, **IT IS HEREBY ORDERED** that the term of service for the jury empaneled in this matter on March 18, 2019, is extended for such length of time as is necessary to complete service in this particular case.

Signed: March 26, 2019

Max O. Cogburn Jr
United States District Judge

1