UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cr-007-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ELIJAH HALLMAN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on a Motion for Appointment of William Anthony as Second Chair Counsel for Defendant Hallman. (Doc. No. 30). Having considered the motion and reviewed the pleadings, and having determined that the appointee is well qualified to so serve, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion for Appointment of Second Chair Counsel (Doc. No. 30) is **GRANTED**, and William Anthony is **APPOINTED** as second chair counsel for Defendant.

Signed: April 9, 2019

Max O. Cogburn Jr.
United States District Judge