UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cr-007-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | AMENDED ORDER |
| ) | |
| **ELIJAH HALLMAN,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on its own motion. Having granted Defendant Hallman's Motion for Appointment of William Anthony as Second Chair Counsel for Defendant, the Court hereby amends its prior order to add that counsel Anthony shall be paid at an hourly rate of $74.

**IT IS SO ORDERED**.

Signed: April 19, 2019

Max O. Cogburn Jr
United States District Judge