# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 3:19 CR 7-MOC |
| ) | |
| v. ) | NOTICE OF APPEAL |
| ) | |
| ELIJAH STEVARUS HALLMAN ) | |

NOTICE IS HEREBY GIVEN that Defendant, Elijah Stevarus Hallman, hereby appeals to the United States Court of Appeals for the Fourth Circuit, his conviction and sentence entered in this action on January 24, 2020.

Dated: January 27, 2020

Respectfully submitted,

/s/Scott Gsell
Scott Gsell, Esq., NCB #21680
Attorney for Defendant
101 North McDowell Street
Suite 214
Charlotte, NC 28204
Tel 704-488-1074
Fax 704-970-1874
e-mail: scottgsell@gmail.com

## CERTIFICATE OF SERVICE

I, Scott Gsell, hereby certify that on January 27, 2020 a copy of the forgoing Notice of Appeal, was filed electronically through the ECF system in use in the United States District Court for the Western District of North Carolina, which will serve a copy hereof on interested parties/registered users of record:

Executed on January 27, 2020, at Charlotte, North Carolina.

/s/Scott Gsell
Scott Gsell, Esq.
101 North McDowell Street
Suite 214
Charlotte, NC 28204
Tel 704-488-1074
Fax 704-970-1874
scottgsell@gmail.com